215 U.S. 602, 30 S.Ct. 402

**THOMAS S. NOWELL et al., Petitioners, v. J. C. McBRIDE,**
Receiver, etc., et al.

No. 644.

Supreme Court of the United States.
Nov. 1, 1909.

Mr. George M. Nowell, for petitioners.
Mr. E. S. Pillsbury, for respondents.
Denied.